IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | CASE NO. 3:09-cv-00882 and 3:09-01211 JUDGE HAYNES |
| v. | ) ) | |
| PSYCHIATRIC SOLUTIONS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff James Pedric's motion to consolidate cases (Docket Entry No. 33) in Case No. 3:09-01211 is **GRANTED**. Joe Middendorf's motion for appointment as lead Plaintiff and approval of his selection of class counsel (Docket Entry No. 29) is **DENIED**; Psychiatric Solutions Institutional Investor Group's motion for appointment as lead Plaintiff and approval of its selection of class counsel (Docket Entry No. 32) is **DENIED**; and Central States, Southeast and Southwest Areas Pension Fund's motion for appointment as lead Plaintiff and approval of its selection of class counsel (Docket Entry No. 40) is **GRANTED**. Central States, Southeast and Southwest Areas Pension Fund is hereby appointed lead Plaintiff in this action to represent the putative class.

Additionally, Defendants' motion for a hearing (Docket Entry No. 79) is **DENIED as moot**. The parties are hereby **ORDERED** to submit a proposed case management order within ten (10) days from the entry of this Order.

It is so **ORDERED**.

**ENTERED** this the ___30th___ day of April, 2010.

*[signature]*
WILLIAM J. HAYNES, JR.
United States District Judge