IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM**, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No.: 3:09-cv-00882 |
| **CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND**, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | District Judge William J. Haynes, Jr. Magistrate Judge E. Clifton Knowles |
| Lead Plaintiff, | ) ) | |
| v. | ) ) | |
| **PSYCHIATRIC SOLUTIONS, INC., JOEY A. JACOBS**, **BRENT TURNER**, and **JACK E. POLSON**, | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT

Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4, et seq., and Fed. R. Civ. P. 12(b)(6), Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, Brent Turner, and Jack E. Polson ("Defendants") hereby move to dismiss Plaintiffs' Consolidated Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that their Motion to Dismiss be granted, the Amended Complaint be dismissed with prejudice, and Defendants be awarded the attorneys' fees and costs incurred in defending this action.

Respectfully submitted, this 15th day of July, 2010.

                                                s/ Lisa R. Bugni
                                                Todd R. David
Jessica P. Corley
Lisa R. Bugni
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. (404) 881-7000
todd.david@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com

W. Travis Parham
Waverly D. Crenshaw
Michael T. Harmon
WALLER LANSDEN DORTCH
& DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
Tel. (615) 244-6380
travis.parham@wallerlaw.com
waverly.crenshaw@wallerlaw.com
michael.harmon@wallerlaw.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that on July 15, 2010, a copy of the foregoing DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Catherine J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Email: katek@csgrr.com

Darren J. Robbins
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Email: e_file_sd@rgrdlaw.com

David C. Walton
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: (619) 231-7423
Email: davew@csgrr.com

Julie A. Kearns
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: (619) 231-7423
Email: jkearns@rgrdlaw.com

Daniel J. Pfefferbaum
Robbins Geller Rudman & Dowd LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
(415) 288-4545
Fax: (415) 288-4534
Email: dpfefferbaum@rgrdlaw.com

Dennis J. Herman
Robbins Geller Rudman & Dowd LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
(415) 288-4545
Fax: (415) 288-4534
Email: dherman@rgrdlaw.com

Tor Gronborg
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: (619) 231-7423
Email: torg@rgrdlaw.com

Tricia L. McCormick
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: (619) 231-7423
Email: triciam@csgrr.com

Douglas S. Johnston , Jr.
Barrett, Johnston & Parsley
217 Second Avenue, N

Timothy L. Miles
Barrett, Johnston & Parsley
217 Second Avenue, N

Nashville, TN 37201
(615) 244-2202
Email: djohnston@barrettjohnston.com

George Edward Barrett
Barrett, Johnston & Parsley
217 Second Avenue, N
Nashville, TN 37201
(615) 244-2202
Email: gbarrett@barrettjohnston.com

Thomas C. Michaud
Vanoverbeke, Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
(313) 578-1200
Fax: (313) 578-1201
Email: tmichaud@vmtlaw.com

Nashville, TN 37201
(615) 244-2202
Email: tmiles@barrettjohnston.com

Michael J. Vanoverbeke
Vanoverbeke, Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
(313) 578-1200
Fax: (313) 578-1201
Email: mvanoverbeke@vmtlaw.com

This 15th day of July, 2010.

s/ Lisa R. Bugni
Lisa R. Bugni