IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Lead Plaintiff,<br><br>v.<br><br>PSYCHIATRIC SOLUTIONS, INC., JOEY A. JACOBS, BRENT TURNER, and JACK E. POLSON,<br><br>Defendants. | No.: 3:09-cv-00882<br><br>District Judge William J. Haynes, Jr.<br>Magistrate Judge E. Clifton Knowles<br><br>*ORDER*<br>This motion is GRANTED.<br>[signature]<br>9-24-10 |

## UNOPPOSED MOTION BY DEFENDANTS FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT

Pursuant to Local Rule 7.01(b), Defendants hereby move for permission to file a Reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Complaint ("Reply"). As grounds for this Motion, Defendants state as follows:

1. The Court's August 16, 2010 Order provides that "Defendants shall have 30-days from the filing and service of Lead Plaintiff's opposition to file a reply brief." *See* Doc. No. 113. Plaintiffs served their opposition on August 19, 2010, and, thus, Defendants' Reply is due September 20, 2010.

Case 3:09-cv-00882   Document 117   Filed 09/20/10   Page 1 of 4 PageID #: 1953

Case 3:09-cv-00882   Document 121   Filed 09/24/10   Page 1 of 1 PageID #: 2198