IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARDEN CITY EMPLOYEES'<br>RETIREMENT SYSTEM, Individually and<br>on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>CENTRAL STATES, SOUTHEAST AND<br>SOUTHWEST AREAS PENSION FUND,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>Lead Plaintiff,<br><br>v.<br><br>PSYCHIATRIC SOLUTIONS, INC.,<br>JOEY A. JACOBS, BRENT TURNER, and<br>JACK E. POLSON<br><br>Defendants. | No. 3:09-00882<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiffs' motion for class certification

(Docket Entry No. 147) is **GRANTED**. The Plaintiffs' class is defined as follows:

All persons who purchased or otherwise acquired PSI securities between February 21, 2008 and February 25, 2009, inclusive (the "Class Period"). Excluded from the Class are:(i) PSI, its parents, subsidiaries, and any other entity owned or controlled by PSI, (ii) Joey A. Jacobs, Jack E. Polson and Brent Turner (the "Individual Defendants"); (iii) all other executive officers and directors of PSI or any of its parents, subsidiaries or other entities owned or controlled by PSI; (iv) all immediate family members of the foregoing, including grandparents, parents, spouses, siblings, children, grandchildren and step-relations of similar degree; and (v) all predecessors and successors in interests or assigns of any of the foregoing.

Within ten (10) days of entry of this Order, Plaintiffs are **DIRECTED** to provide "the best

notice practicable" for class members, pursuant to Fed. R. Civ. P. 23(c)(2).

It is so **ORDERED**.

**ENTERED** the 29th day of March, 2012

                                                 William J. Haynes, Jr.
                                                 United States District Judge