# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

GARDEN CITY EMPLOYEES'  )
RETIREMENT SYSTEM,  )
          Plaintiff  )
  )
CENTRAL STATES, SOUTHEAST  )    No. 3:09-00882
AND SOUTHWEST AREAS PENSION  )    Chief Judge Haynes
FUND, Individually and on Behalf of All  )
Others Similarly Situated,  )
  )
          Lead Plaintiff,  )
  )
v.  )
  )
PSYCHIATRIC SOLUTIONS, INC., et al,  )
          Defendants.  )

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion for leave to conduct discovery of absent class members with interrogatories and depositions of 14 institutional investors for 30 hours (Docket Entry No. 196) is **DENIED**. Within ten days from the entry of this Order, the Defendants are **ORDERED** to return any documents or other forms of information acquired from institutional investors that involve absent class members and the Defendants shall file a certification that such materials have been returned.

It is so **ORDERED**.

Entered this the _10th_ day of October, 2012.

William J. Haynes, Jr.
Chief Judge
United States District Court