IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Lead Plaintiff,<br><br>v.<br><br>PSYCHIATRIC SOLUTIONS, INC., JOEY A. JACOBS, BRENT TURNER, and JACK E. POLSON,<br><br>Defendants. | No.: 3:09-cv-00882<br><br>District Judge William J. Haynes, Jr. |

*[Handwritten: Quashed / This motion is granted / Will [illegible] / 9-2-14]*

## MOTION BY DEFENDANTS FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE REPORTS AND DEPOSITION TESTIMONY OF RONALD DAVIDSON

Pursuant to Local Rule 7.01(b), Defendants hereby move for permission to file a Reply Memorandum Of Law In Support Of Defendants' Motion *In Limine* To Exclude Reports And Deposition Testimony Of Ronald Davidson ("Reply"). As grounds for this motion, Defendants state as follows:

1. Plaintiffs have designated for use at trial reports and deposition testimony from Ronald Davidson, a psychologist employed by the University of Illinois at Chicago who participated in reviews of two of Defendant Psychiatric Solution, Inc.'s 95 facilities.

2. On August 8, 2014, Defendants filed their Motion *In Limine* To Exclude Reports And Deposition Testimony Of Ronald Davidson (Dkt. No. 394) ("Motion"). The Motion