UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, | ) ) ) | Civil Action No. 3:09-cv-00882-WJH |
| Plaintiff, and | ) ) | Chief District Judge William J. Haynes, Jr. |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | CLASS ACTION  LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| Lead Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| PSYCHIATRIC SOLUTIONS, INC., et al., | ) ) | |
| Defendants. | ) ) | |

Lead Plaintiff respectfully moves this Court pursuant to Federal Rule of Civil Procedure 23 for an Order preliminarily approving the Stipulation of Settlement dated October 10, 2014 (the "Stipulation"); approving the form and manner of notice to the Class; and scheduling a final hearing date.

This motion is based upon the accompanying Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement, the Stipulation and supporting exhibits, the papers and filings on record in this matter and such additional evidence or argument as may be presented at the hearing.

DATED: October 15, 2014

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
DANIEL J. PFEFFERBAUM

s/ Dennis J. Herman
DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
JERRY E. MARTIN, #20193
CHRISTOPHER M. WOOD, #032977
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)

Lead Counsel for Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
DOUGLAS S. JOHNSTON, JR., #5782
TIMOTHY L. MILES, #21605
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com

Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of October, 2014, the foregoing LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT was filed electronically with the Clerk of the Court and has been served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Todd R. David | todd.david@alston.com |
| Jessica Perry Corley | jessica.corley@alston.com |
| Lisa R. Bugni | lisa.bugni@alston.com |
| Stephen Glasgow | stephen.glasgow@alston.com |
| Bernard Taylor, Sr. | bernard.taylor@alston.com |
| Daniel E. Bacine | dbacine@barrack.com |
| Mark R. Rosen | mrosen@barrack.com |
| Wade B. Cowan | wcowan@dhhrplc.com |
| George Edward Barrett | gbarrett@barrettjohnston.com |
| Douglas S. Johnston, Jr. | djohnston@barrettjohnston.com |
| Timothy L. Miles | tmiles@barrettjohnston.com |
| Jerry E. Martin | jmartin@barrettjohnston.com |
| Stephen R. Basser | sbasser@barrack.com |
| Samuel M. Ward | sward@barrack.com |
| Darren J. Robbins | darrenr@rgrdlaw.com |
| David C. Walton | davew@rgrdlaw.com |
| Tor Gronborg | torg@rgrdlaw.com |
| Tricia L. McCormick | triciam@rgrdlaw.com |
| Catherine J. Kowalewski | katek@rgrdlaw.com |
| Robert K. Lu | rlu@rgrdlaw.com |
| Dennis J. Herman | dennish@rgrdlaw.com |
| Daniel J. Pfefferbaum | dpfefferbaum@rgrdlaw.com |
| Christopher M. Wood | cwood@rgrdlaw.com |
| James E. Barz | jbarz@rgrdlaw.com |
| David J. Harris | dharris@rgrdlaw.com |
| Brian E. Cochran | bcochran@rgrdlaw.com |
| Jonah H. Goldstein | jonahg@rgrdlaw.com |
| James M. Hughes | jhughes@motleyrice.com |

| | |
|---|---|
| William S. Norton | bnorton@motleyrice.com |
| Gregg S. Levin | glevin@motleyrice.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Robert J. Dyer, III | bob@dyerberens.com |
| Jeffrey A. Berens | jeff@dyerberens.com |
| Michael J. VanOverbeke | mvanoverbeke@vmtlaw.com |
| Thomas C. Michaud | tmichaud@vmtlaw.com |
| James Gerard Stranch, III | jstranch@branstetterlaw.com |
| James Gerard Stranch, IV | gstranch@branstetterlaw.com |
| Steven A. Riley | sriley@rwjplc.com |
| Milton S. McGee, III | tmcgee@rwjplc.com |
| Rachel Marie Thomas | rthomas@rwjplc.com |
| Gary Orsbeck | gorseck@robbinsrussell.com |
| Larry Robbins | lrobbins@robbinsrussell.com |
| Alison Barnes | abarnes@robbinsrussell.com |
| Ariel Lavinbuk | alavinbuk@robbinsrussell.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2014, at San Francisco, California.

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
DANIEL J. PFEFFERBAUM

s/ Dennis J. Herman
DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

- 4 -