UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| GARDEN CITY EMPLOYEES'<br>RETIREMENT SYSTEM,<br><br>Plaintiff, and<br><br>CENTRAL STATES, SOUTHEAST AND<br>SOUTHWEST AREAS PENSION FUND,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>Lead Plaintiff,<br><br>vs.<br><br>PSYCHIATRIC SOLUTIONS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:09-cv-00882-WJH<br><br>Chief District Judge William J. Haynes, Jr.<br><br><u>CLASS ACTION</u> |

NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR (1) FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT
PROCEEDS; AND (2) APPLICATION OF PLAINTIFFS' COUNSEL FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to an Order of the Court dated October 21, 2014, on January 16, 2015, at 3:00 p.m., or as soon thereafter as counsel may be heard, at the Estes Kefauver Federal Building and United States Courthouse, 801 Broadway, Nashville, Tennessee, before the Honorable William J. Haynes, Jr., United States Chief District Judge, Plaintiffs will and hereby move for orders approving the proposed settlement of the above-captioned action, the Plan of Allocation of settlement proceeds, and the application for an award of attorneys' fees and expenses. Plaintiffs' motion is based on the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, the Memorandum of Law in Support of Application of Plaintiffs' Counsel for an Award of Attorneys' Fees and Expenses, the Declaration of Dennis J. Herman in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds; and an Award of Attorneys' Fees and Expenses, the Declaration of James Condon in Support of Plaintiffs' Motions for: (1) Final Approval of Class Action Settlement and Plan of Allocation of Settlement; and (2) Award of Attorneys' Fees and Expenses, the declarations of counsel, the Stipulation of Settlement, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

DATED:  December 19, 2014            Respectfully submitted,

                                     ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     DENNIS J. HERMAN
                                     DANIEL J. PFEFFERBAUM

                                            s/ DENNIS J. HERMAN
                                            DENNIS J. HERMAN

- 1 -

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JERRY E. MARTIN, #20193
CHRISTOPHER M. WOOD, #032977
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

Lead Counsel for Plaintiffs

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
DOUGLAS S. JOHNSTON, JR., #5782
TIMOTHY L. MILES, #21605
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com

Liaison Counsel

# CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of December, 2014, the foregoing NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) APPLICATION OF PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES was filed electronically with the Clerk of the Court and has been served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Todd R. David | todd.david@alston.com |
| Jessica Perry Corley | jessica.corley@alston.com |
| Lisa R. Bugni | lisa.bugni@alston.com |
| Stephen Glasgow | stephen.glasgow@alston.com |
| Bernard Taylor, Sr. | bernard.taylor@alston.com |
| Daniel E. Bacine | dbacine@barrack.com |
| Mark R. Rosen | mrosen@barrack.com |
| Wade B. Cowan | wcowan@dhhrplc.com |
| George Edward Barrett | gbarrett@barrettjohnston.com |
| Douglas S. Johnston, Jr. | djohnston@barrettjohnston.com |
| Timothy L. Miles | tmiles@barrettjohnston.com |
| Jerry E. Martin | jmartin@barrettjohnston.com |
| Stephen R. Basser | sbasser@barrack.com |
| Samuel M. Ward | sward@barrack.com |
| Darren J. Robbins | darrenr@rgrdlaw.com |
| David C. Walton | davew@rgrdlaw.com |
| Tor Gronborg | torg@rgrdlaw.com |
| Tricia L. McCormick | triciam@rgrdlaw.com |
| Catherine J. Kowalewski | katek@rgrdlaw.com |
| Robert K. Lu | rlu@rgrdlaw.com |
| Dennis J. Herman | dennish@rgrdlaw.com |
| Daniel J. Pfefferbaum | dpfefferbaum@rgrdlaw.com |
| Christopher M. Wood | cwood@rgrdlaw.com |
| James E. Barz | jbarz@rgrdlaw.com |
| David J. Harris | dharris@rgrdlaw.com |
| Brian E. Cochran | bcochran@rgrdlaw.com |

| Jonah H. Goldstein | jonahg@rgrdlaw.com |
| James M. Hughes | jhughes@motleyrice.com |
| William S. Norton | bnorton@motleyrice.com |
| Gregg S. Levin | glevin@motleyrice.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Robert J. Dyer, III | bob@dyerberens.com |
| Jeffrey A. Berens | jeff@dyerberens.com |
| Michael J. VanOverbeke | mvanoverbeke@vmtlaw.com |
| Thomas C. Michaud | tmichaud@vmtlaw.com |
| James Gerard Stranch, III | jstranch@branstetterlaw.com |
| James Gerard Stranch, IV | gstranch@branstetterlaw.com |
| Steven A. Riley | sriley@rwjplc.com |
| Milton S. McGee, III | tmcgee@rwjplc.com |
| Rachel Marie Thomas | rthomas@rwjplc.com |
| Gary Orsbeck | gorseck@robbinsrussell.com |
| Larry Robbins | lrobbins@robbinsrussell.com |
| Alison Barnes | abarnes@robbinsrussell.com |
| Ariel Lavinbuk | alavinbuk@robbinsrussell.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2014, at San Francisco, California.

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN
DANIEL J. PFEFFERBAUM

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

- 4 -