# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, | ) ) ) | |
| Plaintiff, | ) ) | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREA PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Civil Action No. 3:09-cv-00882-WJH<br><br>Senior District Judge William J. Haynes, Jr. |
| Lead Plaintiff, | ) ) ) | CLASS ACTION |
| v. | ) ) | |
| PSYCHIATRIC SOLUTIONS, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO INTERVENE AND UNSEAL JUDICIAL DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 24(b)(1), Beverly Kern, on behalf of herself and her siblings, and as Administrator of the Estate of Donna Kern, moves for permission from the Court to intervene in this case for the limited purpose of requesting that the Court unseal the summary judgment materials filed in connection with Defendant Psychiatric Solutions, Inc.'s Motion for Summary Judgment (DE No. 259). In support, Ms. Kern submits her Memorandum of Law in Support of Motion to Intervene and Unseal Judicial Documents and exhibits thereto, filed contemporaneously herewith.

[*signature follows*]

This 13th day of May, 2015.

                              **HARRIS PENN LOWRY LLP**

                              */s/ Darren W. Penn*_____
                              Darren W. Penn (*seeking admission phv*)
                              Georgia Bar No. 571322
                              Jed D. Manton (*seeking admission phv*)
                              Georgia Bar No. 330315
                              Gregory W. Traylor (*seeking admission phv*)
                              Georgia Bar No. 771220

400 Colony Square
1201 Peachtree Street, NE, Suite 900
Atlanta, Georgia 30361
T:  (404) 961-7650
F:  (404) 961-7651
darren@hpllegal.com
jed@hpllegal.com
greg@hpllegal.com

                              **HOLLINS, RAYBIN & WEISSMAN, P.C.**

                              */s/  Benjamin Raybin*_____
                              Benjamin Raybin
                              Tennessee Bar No. 029350

Fifth Third Center
424 Church Street, Suite 2200
Nashville, Tennessee 37219
T:  (615) 256-6666
F:  (615) 254-4254
braybin@hollingslegal.com

*Attorneys for Beverly Kern*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing Motion to Intervene and Unseal Judicial Documents was filed electronically with the Clerk of Court and has been served by operation of the Court's CM/ECF filing system upon the following:

| | |
|---|---|
| Todd R. David | todd.david@alston.com |
| Jessica Perry Corley | jessica.corley@alston.com |
| Lisa R. Bugni | lisa.bugni@alston.com |
| Stephen Glasgow | stephen.glasgow@alston.com |
| Bernard Taylor, Sr. | bernard.taylor@alston.com |
| Daniel E. Bacine | dbacine@barrack.com |
| Mark R. Rosen | mrosen@barrack.com |
| Wade B. Cowan | wcowan@dhhrplc.com |
| George Edward Barrett | gbarrett@barrettjohnston.com |
| Douglas S. Johnston, Jr. | djohnston@barrettjohnston.com |
| Timothy L. Miles | tmiles@barrettjohnston.com |
| Jerry E. Martin | jmartin@barrettjohnston.com |
| Stephen R. Basser | sbasser@barrack.com |
| Samuel M. Ward | sward@barrack.com |
| Darren J. Robbins | darrenr@rgrdlaw.com |
| David C. Walton | davew@rgrdlaw.com |
| Tor Gronborg | torg@rgrdlaw.com |
| Tricia L. McCormick | triciam@rgrdlaw.com |
| Julie A. Kearns | jkearns@rgrdlaw.com |
| Catherine J. Kowalewski | katek@rgrdlaw.com |
| Robert K. Lu | rlu@rgrdlaw.com |
| Dennis J. Herman | dennish@rgrdlaw.com |
| Daniel J. Pfefferbaum | dpfefferbaum@rgrdlaw.com |
| Christopher M. Wood | cwood@rgrdlaw.com |
| James E. Barz | jbarz@rgrdlaw.com |
| David J. Harris | dharris@rgrdlaw.com |
| Brian E. Cochran | bcochran@rgrdlaw.com |

| Jonah H. Goldstein | jonahg@rgrdlaw.com |
| --- | --- |
| James M. Hughes | jhughes@motleyrice.com |
| William S. Norton | bnorton@motleyrice.com |
| Gregg S. Levin | glevin@motleyrice.com |
| William H. Narwold | bnarwold@motleyrice.com |
| Robert J. Dyer, III | bob@dyerberens.com |
| Jeffrey A. Berens | jeff@dyerberens.com |
| Michael J. VanOverbeke | mvanoverbeke@vmtlaw.com |
| Thomas C. Michaud | tmichaud@vmtlaw.com |
| James Gerard Stranch, III | jstranch@branstetterlaw.com |
| James Gerard Stranch, IV | gstranch@branstetterlaw.com |
| Steven A. Riley | sriley@rwjplc.com |
| Milton S. McGee, III | tmcgee@rwjplc.com |
| Rachel Marie Thomas | rthomas@rwjplc.com |
| Gary Orsbeck | gorseck@robbinsrussell.com |
| Larry Robbins | lrobbins@robbinsrussell.com |
| Alison Barnes | abarnes@robbinsrussell.com |
| Ariel Lavinbuk | alavinbuk@robbinsrussell.com |

This 13th day of May, 2015.

**HOLLINS, RAYBIN & WEISSMAN, P.C.**

*/s/ Benjamin Raybin*
Benjamin Raybin
Tennessee Bar No. 029350

4

## CERTIFICATE OF SERVICE CONT.

I hereby certify that on this day the foregoing Motion to Intervene and Unseal Judicial Documents has been served via U.S. mail upon the following:

| | |
|---|---|
| Theodore E.G. Pound, Esq.<br>Kathleen W. Simcoe, Esq.<br>OWEN, GLEATON, EGAN ET. AL., LLP<br>1180 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30309-3531<br>*Counsel for Psychiatric Solutions, Inc.* | Andrew Efaw, Esq.<br>Stephen Oertle, Esq.<br>WHEELER TRIGG O'DONNELL LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>*Counsel for Psychiatric Solutions, Inc* |
| Robert E. Boston<br>Waller, Lansden, Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219 | |

This 13th day of May, 2015.

                                          **HARRIS PENN LOWRY LLP**

                                          */s/ Darren W. Penn*_____
                                          Darren W. Penn (*seeking admission phv*)
                                          Georgia Bar No. 571322